IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LUIS PARTIDA,** | Case No. 2:20-cv-00583-TLN-AC |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **CRAIG KOENIG, WARDEN,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing Respondent's responsive pleading is extended through and including August 4, 2020.

Dated: May 29, 2020

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE